UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DE TAGLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELIZABETH SANCHEZ, et al.,<br><br>    Defendants. | Case No.  24-cv-04009-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to 24-cv-03355-VKD *de Tagle v. The Law Offices of Dennis R. Ingols*.

**SO ORDERED.**

Dated: July 23, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge