United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO SANCHEZ DE TAGLE,
Plaintiff,

v.

THE LAW OFFICES OF DENNIS R. INGOLS, et al.,
Defendants.

Case No.24-cv-03355-EKL

**JUDGMENT**

Having adopted Magistrate Judge Virginia K. DeMarchi's Report and Recommendation and dismissed the complaint without leave to amend by Order filed September 23, 2024, the Court enters judgment with prejudice in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 23, 2024

EUMI K. LEE
United States District Judge